IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 1:03-CR-15 (WLS) |
| | : | |
| DAVID WOODEN, | : | |
| Defendant. | : | |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 83), filed June 7, 2007. It is recommended that Defendant's motion to modify his sentence and motion for a new trial be denied. Defendant has not filed an objection.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. No. 83) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and the reasons set out therein. Therefore, Defendant's motion to modify his sentence and for a new trial is **DENIED.**

SO ORDERED, this  11th  day of October, 2007.

           /s/W. Louis Sands
**W. Louis Sands, Judge**
**United States District Court**